JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LYN OLSON, an individual, | CASE NO. CV14-2133-JFW-SHx |
| Plaintiff, | <u>Civil Rights</u> |
| v. | ORDER FOR DISMISSAL WITH PREJUDICE |
| THE STANDARD DOWNTOWN HOTEL, a business entity of unknown form, STANDARD DOWNTOWN LESSEE LLC, a limited liability company, STANDARD INTERNATIONAL MANAGEMENT LLC, a limited liability company, FERRADO L.A. LLC, a limited liability company and Does 1 thru 10, | |
| Defendants. | |

The above captioned case is dismissed with prejudice

Dated: August 15, 2014

*[signature]*

UNITED STATES DISTRICT COURT JUDGE

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES     -1-